

RECEIVED BY MAIL

JUL 1 6 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) MDL 875

Dear Clerk:

Enclosed please find executed orders pertaining to the referenced litigation. Since our clerk's office is not maintaining the court records on the involved 93,000 actions, we are forwarding these orders to you for summary entry on the individual dockets, distribution to counsel of record and other appropriate action.

Thank you in advance for your time and attention. If you have any questions, please call me at (267) 299-7019.

Sincerely,

MICHAEL E. KUNZ
CLERK OF COURT

By: MDL Coordinator

enclosure:


RECEIVED
BY MAIL
JUL 16 2009
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS             :
LIABILITY LITIGATION (NO. VI)        :    Civil Action No. MDL – 875

This Document Relates To:

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JERRY K. TOTTY, ET AL.               :
                                     :
v.                                   :    CIVIL ACTION NO. S-91-0121-C
                                     :
ARMSTRONG WORLD                      :
INDUSTRIES, INC., ET AL.             :

ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, **JERRY K. TOTTY, JAMES R. REED, JERRY McGINNIS and ROBERT FUNKHOUSER**, hereby submit to the Court, in accordance with this Court's Administrative Order No. 12, that Plaintiffs desire to dismiss without prejudice all claims against the remaining Defendants.

IT IS THEREFORE CONSIDERED, ORDERED, AND ADJUDGED that the claims of Plaintiffs, **JERRY K. TOTTY, JAMES R. REED, JERRY McGINNIS and ROBERT FUNKHOUSER,** in the above-mentioned case against all remaining Defendants be, and here are, dismissed without prejudice.

IT IS SO ORDERED this _Sixth_ day of July, 2009.

_____        _____
Russell B. Winburn                     Judge Eduardo C. Robreno
Odom Law Firm, P.A.
1 East Mountain
Fayetteville, Arkansas 72701
(479) 442-7575